UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Gonzalo R.I.,[1]

        Petitioner,

vs.

Pamela Bondi, et al.,

        Respondents.

Case No. 26-cv-248 (MJD/LIB)

ORDER ADOPTING
REPORT AND RECOMMENDATION

* * * * * * * * * * * * * * * * *

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois filed January 22, 2026. [Doc. 8.] No objections have been filed. Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in immigration opinions such as the present Report and Recommendation. See, e.g., Yee S. v. Bondi, No. 25-cv-2782 (JMB/DLM), 2025 WL 2879479, at *1 n.1 (D. Minn. Oct. 9, 2025); Sarail A. v. Bondi, No. 25-cv-2144 (ECT/JFD), 2025 WL 2533673, at *1 n.1 (D. Minn. Sept. 3, 2025). Accordingly, where the Court refers to Petitioner by his name, only his first name and last initial are provided.

and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois filed January 22, 2026. **[Doc. 8.]**

2. Gonzalo R.I.'s Petition for a writ of habeas corpus, **[Doc. 1]**, is **GRANTED in part**, as set forth herein;

3. Respondents are required to immediately release Petitioner from custody;

4. Respondents are required to confirm Petitioner's release from custody within forty-eight (48) hours from the date of this Order; and

5. Respondents are precluded from re-detaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially-changed circumstances.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED:  January 25, 2026                    s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court