# UNITED STATES DISTRICT COURT
## District of Minnesota

Gonzalo Renteria Ibarra

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration & Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00248-MJD-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

**1.** The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois filed January 22, 2026. **[Doc. 8.]**

**2.** Gonzalo R.I.'s Petition for a writ of habeas corpus, **[Doc. 1]**, is **GRANTED in part**, as set forth herein;

**3.** Respondents are required to immediately release Petitioner from custody;

**4.** Respondents are required to confirm Petitioner's release from custody within forty-eight (48) hours from the date of this Order; and

**5.** Respondents are precluded from re-detaining Petitioner under a statutory theory this Court has rejected in this proceeding absent materially-changed circumstances.

Date: 1/25/2026

KATE M. FOGARTY, CLERK