UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gonzalo R.I.,

       Petitioner,

v.

Pamela Bondi, et al.,

       Defendants.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**
Civil File No. 26-00248 (MJD/LIB)

David L. Wilson, Gabriela Sophia Anderson, Wilson Law Group, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

On January 25, 2026, the Court granted Petitioner Gonzalo R.I.'s Petition for Writ of Habeas Corpus. **[Doc. 9.]** As part of that Order, Respondents were required to immediately release Petitioner and notify the Court within 48 hours to confirm that the release occurred.

On February 25, 2026, Respondents provided a status update informing the Court that Petitioner Gonzalo R.I. had been released on January 26, 2026. **[Doc. 11.]**

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Gonzalo R.I.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  March 2, 2026                              s/Michael J. Davis
                                                   Michael J. Davis
                                                   United States District Court